IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK DAVIS
ADC #657771                                                                                    PLAINTIFF

v.                              Case No. 5:18-cv-00063-KGB-JTK

TAYLOR, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Mark Davis' complaint for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court finds that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 9th day of October, 2018.

Kristine G. Baker
United States District Judge