IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK DAVIS**
**ADC #657771**                                                                 **PLAINTIFF**

**v.**           Case No. 5:18-cv-00063-KGB-JTK

**TAYLOR,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Mark Davis' complaint is dismissed without prejudice.

So adjudged this 9th day of October, 2018.

*[signature]*
Kristine G. Baker
United States District Judge